MORRIS R. WARD, Appellant, v. MARY BOCHINO, Respondent.— Order affirmed, with costs. All concur. (The order sets aside a directed verdict in favor of plaintiff for $1,550 and grants a new trial unless plaintiff stipulate to reduce the verdict to $50 together with $50 statutory costs and $150 attorneys' fees, in an action to recover penalty for violation of a rule of the Office of Price

Administration setting limitation to rent to be charged.) Present — Cunningham, P. J., Taylor, Dowling, Harris and McCurn, JJ. [181 Misc. 355.] [See *post*, p. 887.]